A92A1939. IN THE INTEREST OF G. T. S., a child.
(427 SE2d 572)

CARLEY, Presiding Judge.

Appellant appeals from an order of the juvenile court terminating her parental rights in her minor child.

1. " 'The appropriate standard of appellate review in a case of this sort is whether after reviewing the evidence in the light most favorable to the [judgment of the juvenile court], any rational trier of fact could have found by clear and convincing evidence that the natural parent's rights to custody were lost. . . . The factfinding and weighing of evidence is to be done in the [juvenile] court under the clear and convincing evidence test. The reviewing court is to defer to the [juvenile] court in the area of factfinding and should affirm unless the appellate standard of review, here the rational factfinder test . . ., is not met. When we apply that test here we note the conflicting evidence presented to the [juvenile] court and conclude that a rational factfinder could have found by clear and convincing evidence ([present] parental . . . inability [which is likely to go unremedied, as is required] by OCGA § 15-11-81 (b))' . . . [Cit.]" *In the Interest of S. T.*, 201 Ga. App. 37, 40 (4) (410 SE2d 312) (1991). See also *In the Interest of J. I. H.*, 191 Ga. App. 848, 850 (3) (383 SE2d 349) (1989); *In the Interest of S. G. & T. G.*, 182 Ga. App. 95, 101 (354 SE2d 640) (1987). Compare *Chancey v. Dept. of Human Resources*, 156 Ga. App. 338 (1) (274 SE2d 728) (1980); *R. C. N. v. State of Ga.*, 141 Ga. App. 490, 492 (233 SE2d 866) (1977). The general grounds are without merit.

2. Appellant's remaining enumeration of error is moot.

*Judgment affirmed. Pope, C. J., and Johnson, J., concur.*

DECIDED JANUARY 29, 1993.

*McGee & McGee, J. B. McGee, Jr.,* for appellant.

*Michael J. Bowers, Attorney General, William C. Joy, Senior Assistant Attorney General, Margot M. Cairnes, Teresa E. Lazzaroni, Staff Attorneys, Michael D. Devane,* for appellee.